J. J. Heffernan for use of Rittenhouse & Embree Company, Appellee, v. Breen & Kennedy, Appellant.

Gen. No. 23,101. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN RICHARDSON, Judge, presiding. Heard in this court at the March term, 1917. Affirmed on remittitur; otherwise reversed and remanded. Opinion filed October 2, 1917.

## Statement of the Case.

Action of garnishment by J. J. Heffernan for the use of Rittenhouse & Embree Company, a corporation, plaintiff, against Breen & Kennedy, a corporation, defendant. From a judgment for plaintiff for $383.52, defendant appeals.

JOHN J. KELLY, for appellant; FRANK HALL STEPHENS, of counsel.

ADAMS, CREWS, BOBB & WESTCOTT, for appellee.

MR. JUSTICE MCSURELY delivered the opinion of the court.

## Abstract of the Decision.

1. GARNISHMENT, § 100*—*when evidence sufficient to establish judgment.* In an action of garnishment, the judgment on which the garnishment proceedings are based is established where an execution evidencing a return by the bailiff "no part paid and no part satisfied" is introduced in evidence, and. existence of the judgment is admitted by an officer of the defendant.

2. GARNISHMENT, § 26*—*what debts should be disclosed in answer of garnishee.* Under section 5 of the statute on garnishment (J. & A. ¶ 5940), relating to disclosure of debts by the garnishee in answer to interrogatories, a debt owing and due at the date of service, and a debt owing at the date of service which becomes due

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

thereafter, and a debt owing and due at any time after the service of the writ, up to the date of the answer, are included.

3. GARNISHMENT, § 63*—*what is duty of garnishee as to holding funds.* It is the duty of the garnishee, pending the outcome of garnishment proceedings, to hold the difference between funds in its hands and an overdraft of the debtor.